**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Steamfitters Local 449 Pension Fund** , | |
| Plaintiff(s), | Case No. 14-cv-1423 |
| v. | Judge Robert M. Dow |
| Nelms, et al., | |
| Defendant(s). | |

## ORDER

Plaintiff's motion for leave to withdraw the appearance of Donald L. Sawyer [12] is granted. Notice of motion date of 10/4/2016 is stricken and no appearances are necessary on that date.

Date: 9/30/2016

/s/ Robert M. Dow, Jr.
United States District Judge